UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------x

T-MOBILE NORTHEAST LLC,
Plaintiff,

v.

VILLAGE OF CHESTNUT RIDGE, VILLAGE OF CHESTNUT RIDGE BOARD OF TRUSTEES, VILLAGE OF CHESTNUT RIDGE PLANNING BOARD, VILLAGE OF CHESTNUT RIDGE ZONING BOARD OF APPEALS, and Alfred A. Fusco, Jr., in his official capacity as Building Inspector,

Defendants.

---------------------------------------------------------x

**ORDER**

23 CV 5852 (VB)

On November 13, 2026, the Court so-ordered the Stipulation of Settlement and Consent Order (Doc. #93). (Doc. #94).

By January 15, 2027, the parties shall submit a joint letter updating the Court on the status of the steps contemplated in paragraphs 10 through 15 and 25 of the Stipulation of Settlement and Consent Order.

The case management conference currently scheduled for November 18, 2026, at 11:00 a.m., is cancelled.

Dated: November 13, 2026
White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge